UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SHANA BENNETT, Individually and as Personal
Representative on Behalf of the Wrongful Death
Beneficiaries of Markuieze' Che'Rod Bennett                                    PLAINTIFF

v.                                                       CIVIL ACTION NO. 3:14cv753-DPJ-JCG

HINDS COUNTY, MISSISSIPPI, and
JOHN AND JANE DOES 1–100                                                       DEFENDANTS

ORDER

This civil-rights case is before the Court on Defendant Hinds County, Mississippi's Motion to Dismiss with Prejudice Plaintiff's Claims for Punitive Damages [37]. In response [38], Plaintiff Shana Bennett indicates that she does not oppose the motion. Accordingly, the motion is granted, and Bennett's claims for punitive damages against Hinds County are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 20th day of May, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE