IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SHANA BENNETT, Individually and as**                                                                 **PLAINTIFF**
**Personal Representative on Behalf of the**
**Wrongful Death Beneficiaries of**
**MARKUIEZE' CHE'ROD BENNETT**

**vs.**                                                                                         **CAUSE NO. 3:14cv753-DPJ-JCG**

**HINDS COUNTY, MISSISSIPPI and**
**JOHN AND JANE DOES 1-100**                                                                    **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME**, Shana Bennett, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of Markuieze' Che'rod Bennett, acting through her undersigned counsel of record; and Hinds County, Mississippi, acting through its undersigned counsel of record, together as all parties who have appeared in this cause of action, and do hereby stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), that the suit styled *Shana Bennett, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of Markuieze' Che'rod Bennett vs. Hinds County, Mississippi et al*, bearing cause number 3:14cv753-DPJ-JCG, including any and all claims which were or might have been encompassed therein against Hinds County, Mississippi by the Plaintiff, are hereby dismissed with prejudice, with each party to bear their respective costs and attorneys' fees.

**SO STIPULATED**, this the 26th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Charles Richard Mullins　　　　　
　　　　　　　　　　　　　　　　　　　　　　**CHARLES RICHARD MULLINS, ESQ.**
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　 /s/ Jason E. Dare　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　**JASON E. DARE, ESQ.**
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*